# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM JUNIOR WELLS,<br><br>        Petitioner,<br><br>        v.<br><br>JAMES D. HARTLEY, Warden,<br><br>        Respondent. | NO. CV 07–1406 CAS (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 26, 2012

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE